# MINUTES

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 14-00374 LEK |
| CASE NAME: | USA vs. Julian Kukailimoku Kealakekua |
| ATTYS FOR PLA: | Rebecca Ann Perlmutter |
| ATTYS FOR DEFT: | Myles S. Breiner |
| USPO: | Tarama Fuatagavi |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debi Read |
| DATE: | 06/28/2021 | TIME: | 1:30 PM - 2:00 PM |

COURT ACTION: EP: [146] MOTION to Withdraw as Counsel by Myles S. Breiner, [150] MOTION to Proceed Pro Se as to Defendant Julian Kukailimoku Kealakekua held by video teleconference (VTC).

Defendant present not in custody by VTC.

Court conducts colloquy to proceed pro se with defendant Julian Kukailimoku Kealakekua.

Court findings made; [150] MOTION to Proceed Pro Se is GRANTED.

[146] MOTION to Withdraw as Counsel by Myles S. Breiner - GRANTED.

Defendant Julian Kukailimoku Kealakekua remains on supervision with all conditions remaining in effect. No further hearings scheduled at this time.

Submitted by: Agalelei Elkington, Courtroom Manager